IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAURIE GLISSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3982

Opinion filed January 22, 2015.

Petition for Writ of Prohibition.

Michael Ufferman, of Michael Ufferman Law Firm, P.A., Tallahassee, for
Petitioner.

Pamela Jo Bondi, Attorney General, David Campbell and Virginia Harris, Assistant
Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.